IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY ANN ARISMENDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-938 |
| | § | |
| UNITED STATES COMMISIONER OF INTERNAL REVENUE, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff, Kelly Ann Arismendy, filed a motion to redact her personal non-public information, including her social security number, from the attachment to the motion to dismiss filed by the government. (Docket Entry No. 11). The motion is granted. The Clerk is ordered to place Docket Entry No. 4-1 under seal.

SIGNED on July 10, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge