IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY ANN ARISMENDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-938 |
| | § | |
| UNITED STATES COMMISSIONER OF INTERNAL REVENUE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Opinion of today's date, the motion to dismiss, Docket Entry No. 4, is granted. This case is dismissed.

SIGNED on July 10, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge