IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY ANN ARISMENDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-938 |
| | § | |
| UNITED STATES COMMISSIONER OF | § | |
| INTERNAL REVENUE, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

For the reasons set forth in the accompanying Order of today's date, the petition to quash summons, Docket Entry No. 1, is denied as moot. This case is dismissed.

SIGNED on August 8, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge